IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02785-BNB

JOSEPH DREISMEIER, # 115975,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendant.



## ORDER OF DISMISSAL

    Plaintiff, Joseph Dreismeier, is in the custody of the Colorado Department of Corrections and currently is incarcerated at the Correctional Facility in Limon, Colorado. Mr. Dreismeier, acting *pro se*, initiated this action by filing a Letter. In an order entered on November 18, 2010, Magistrate Judge Boyd N. Boland directed the Clerk of the Court to commence a civil action and instructed Mr. Dreismeier to cure certain deficiencies if he wished to pursue his claims.

    Specifically, Magistrate Judge Boland ordered Mr. Dreismeier to file his claims on a Court-approved form that is used in filing prisoner complaints and to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Mr. Dreismeier was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

    On December 14, 2010, Mr. Dreismeier filed a request for an extension of time to cure the deficiencies. Magistrate Judge Boland entered a minute order on December

15, 2010, granting Mr. Dreismeier a thirty day extension to cure the deficiencies. Mr. Dreismeier now has failed to communicate with the Court. As a result, he has failed to cure the deficiencies within the time allowed. Therefore, the action will be dismissed without prejudice for failure to cure the noted deficiencies. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure deficiencies.

DATED at Denver, Colorado, this __21st__ day of ____January____, 2011.

BY THE COURT:


__s/Lewis T. Babcock_____
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02785-BNB

Joseph Dreismeier
Prisoner No. 115975
Limon Correctional Facility
49030 State Hwy. 71
Limon, CO 80826

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on January 21, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk